18 Encls

1) FOIA Case 2022-05103 Dated 10 FEB 2023
2) PAL Application -Request Status 2022-05103-F still pending 07_July_2025
3) INVESTIGATION CODE 22 Sep 2023
4) Promotion Eligibility Code
5) DoD IG Complaint (re_ SrA Woodard)_10_SEP_2024
6) Complaint FRNO 2024-01491 Dispositon_Dated_17_SEP_2024 _
7) DHA OIG complaint, #2024-19262 (CUI) 21_OCT_2024
8) NDA
9) DHA Closure Memo G.H. Dated 29 OTC 2024
10) Refusal to sign - RE_ DHA OIG complaint, #2024-19262 (CUI) 01 NOV 2025
11) Note refusal to sign RE_ DHA OIG complaint, #2024-19262 (CUI) 1 NOV 2024
12) DHA Complaint Closure 2024-19262 - 13 DEC 2024
13) DHA Complaint MEMO 2024-19262 - 12 DEC 2024
14) SF95 Acknowledgement Memo (Received 9 April 2025) Dated 14 May 2025
15) SAF IG Contact Following SF95 Filling _ 1st, 2nd, 3rd Request - FW_ (CUI) Request for
    Complaint Clarification 12_MAY_ 2025
16) REQUEST TO FOWARD COMMS TO ATTORNEY 21 MAY 2025
17) DCSA-M 25-02055 May 22 2025
18) 29 MAY 2025 (CUI) Final Disposition of Complaint FRNO 2024-22693

# Enclosure #1

 **Gmail**

**Chelsey Deneine <woodardchelsey@gmail.com>**

## FOIA Case 2022-05103

1 message

**1 SOW Freedom of Information and Privacy Act Office** <1sow.foia.pa@us.af.mil>    Fri, Feb 10, 2023 at 2:52 PM
To: "woodardchelsey@gmail.com" <woodardchelsey@gmail.com>
Cc: 1 SOW Freedom of Information and Privacy Act Office <1sow.foia.pa@us.af.mil>

Good morning,

This is regarding your FOIA we are currently processing. Due to the  different offices involved in your request  we are receiving back a large amount of records, your request is taking longer to process than we  expected, but we are still working diligently  to get the records to you.

 If you have any questions or concerns about your request please contact us.

V/r,

Brandon O. Grimsley, SrA, USAF

Freedom of Information Act Manager

Comm: (850) 884-1393

DSN: 579-1393

Hurlburt Field, FL, BLDG 90624, Rm 116

# Enclosure #2

**Request Details**

Click on Request # to view request details.

| Request Number | Description | Total Invoice Amount | Status | Do |
|---|---|---|---|---|
| 2025-05458-F | DCSA Document Referral DCSA-M 25-02055 | 0.00 | Closed | |
| 2025-00055-F | I'm requesting all documents to include but not li... | 0.00 | In Process | |
| 2023-03002-F | See Attached | 0.00 | Closed | |
| 2023-00967-F | I am requesting to see the log of everyone who vie... | 0.00 | Closed | |
| 2023-00966-F | I am requesting to see the log of everyone who vie... | 0.00 | Closed | |
| 2023-00965-F | I am requesting to see the log of everyone who vie... | 0.00 | Closed | |
| 2022-05103-F | ALL GOVERNMENT TEXT MESSAGES, GOVERNMENT EMAILS, G... | 0.00 | In Process | |
| 2022-04637-F | All documents, text, vidoes, recordings, emails, n... | 0.00 | Closed | |
| 2022-03876-F | All records (rap sheet)pertaining to myself, Chels... | 0.00 | Closed | |
| 2022-03826-F | All evidence(video, text, notes, interviews, state... | 0.00 | Closed | |

Showing 1 to 10 of 23 entries

Previous  1  2  3  Next

Refresh    Export

Information stored on this system is FOR OFFICIAL USE ONLY and will be protected in accordance with DoD Regulation 5400.7, Freedom of Information Act and Privacy Act of 1974 to include DoD Regulation 5400.11 and AFI 33-332. Federal Register :: Privacy Act of 1974; System of Records

Return to Air Force FOIA

# Enclosure #3

## Record Review/Update

### Promotions

The following information is provided from MilPDS. If there are any errors, contact your local servicing military personnel flight.

| | |
|---|---|
| Name: | CHELSEY D WOODARD |
| Current Rank: | SRA |
| Date of Rank: | 21 FEB 2019 |
| Date of Rank Effective Date: | 21 FEB 2019 |
| Promotion Eligibility: | ELIG - UNDER INVEST (MIL/CIV) |
| Promotion Eligibility Effective Date: | 22 MAY 2023 |
| Projected Rank: | |
| Line Number: | |

**Rank History**

| Rank | Date of Rank |
|---|---|
| AB | 21 FEB 2017 |
| A1C | 21 APR 2017 |

THIS DOCUMENT CONTAINS INFORMATION WHICH MUST BE PROTECTED IAW AFI 33-332 AND DOD REGULATION 5400.11. PRIVACY ACT OF 1974, AS AMENDED, APPLIES.

**Navigation menu:**
- Introduction
- Individual
- Duty History
  - Current
  - History
  - TDY
- Assignments
- Performance Reports
- Promotions
- Reenlistment Eligibility
- Awards and Decorations
- Aircrew
- Education and Training
- Service
- View/Print All Pages

22 SEP 2023
Current AFPC Time is 2313 HRS

SRA CHELSEY D WOODARD
HELP | LOG OUT

# Enclosure #4

ELIG - UNDER INVEST (MIL/CIV)"

**"Promotion Eligibility:**

Per the promotion AFI 36-2502 Table 1.2. Withholding Promotion (see paragraph 3.2.).
Item 5 and 6 state...
5 under military/civil court charges. PES code D. (See note 4.)
6 under investigation (military/civil.) PES code B (See note 4.)

Note 4 states: 4. A commander may withhold an airman's promotion if he or she
is under investigation or the subject of an inquiry (formal or informal) military or civil law
that may result in action under UCMJ or prosecution by civil authorities. The
commander may withhold the promotion when the investigation or inquiry is complete
but no determination is made as to the action the military or civil authorities will take.

At no point was I ever told I was under an investigation or subject to an investigation.
This code appeared when I PCS (Permeant Change of Station) from Hurlburt Field AFB
to MacDill AFB. When I reported this to my supervisor, it was escalated to the
commander at the time, Major Darren Jennings. Maj. Jennings had to submit paperwork
to have the code removed. I have requested the documents and investigatory records
however I have not received anything. I reported this to the SAF/IG along with my
experience of being followed, and watched inside and outside of the work environment,
seemingly, the scope was narrowed to "simply being promotion eligible". No
correspondence on why or who placed the code in my records. Thus, hindering due
process.

DATED: 07/07/2025

CW *(signature)*

# Enclosure #5

Case 1:25-cv-02329-ABJ     Document 1-4     Filed 07/14/25     Page 11 of 47

 **Gmail**

**Chelsey Deneine <woodardchelsey@gmail.com>**

## DoD IG Complaint (re: SrA Woodard)

**Lindsey Knapp** <executivedirector@combatsexualassault.org>      Tue, Sep 10, 2024 at 2:17 PM
To: chelsey woodard <woodardchelsey@gmail.com>

FYSA.

I'll let you know what I hear next.

v/r

Lindsey

**From:** ROBERTS-MADRID, EVA J CIV DAF HAF HQSF/IGQ <eva.roberts-madrid.3@spaceforce.mil>
**Sent:** Tuesday, September 10, 2024 1:31 PM
**To:** Lindsey Knapp <executivedirector@combatsexualassault.org>
**Subject:** RE: DoD IG Complaint (re: SrA Woodard)

Ms. Knapp,

Please ensure SrA Woodard receives the following response:

****************

SrA Woodard,

This email serves as Notification of Receipt of Complaint IAW DAFI 90-301. An email from your counsel indicated you had two primary complaints and FRNOs 2024-16608 (HIPAA) and 2024-16616 (EPR) were created with available documentation attached.

As previously discussed, these matters are appropriate for two different agencies to address and will be transferred to the appropriate Inspector General Office for additional analysis. The appropriate IG office will likely conduct a complaint clarification with you and will be the office for you to submit supporting documentation. The two cases will be addressed independently.

Any additional information regarding these cases will come directly from the Inspector General/Agency responsible.

Mrs. Eva Roberts-Madrid

Complaints Resolution Directorate

Inspector General

SAF/IGQ OL-A (S)

DSN 559-1387 / COMM 719-552-1387

**From:** Lindsey Knapp <executivedirector@combatsexualassault.org>
**Sent:** Tuesday, September 10, 2024 9:17 AM
**To:** ROBERTS-MADRID, EVA J CIV DAF HAF HQSF/IGQ <eva.roberts-madrid.3@spaceforce.mil>
**Cc:** chelsey woodard <woodardchelsey@gmail.com>
**Subject:** [Non-DoD Source] DoD IG Complaint (re: SrA Woodard)

Good Morning Ms. Roberts-Madrid

Please see attached for SrA Woodard's signed IG Complaint.

Could you kindly send a DoD SAFE Link so that I can upload the supporting documents?

v/r

Lindsey Knapp, Esq.

Executive Director

Combat Sexual Assault

"You Got This"

(919) 907-2230

www.combatsexualassault.org

**Please know that I honor and respect boundaries around personal time, well-being, caretaking, and rest. Should you receive correspondence from me during a time that you're engaging in any of the above, please protect your time and wait to respond until you're next working or in front of your computer. Prioritize joy, not email, when and where you can. Nothing I ask of you is that urgent that it should disrupt your peace.**

Case 1:25-cv-02329-ABJ          Document 1-4      Filed 07/14/25      Page 13 of 47

# Enclosure #6

CONTROLLED UNCLASSIFIED INFORMATION (CUI)



DEPARTMENT OF THE AIR FORCE
WASHINGTON DC

**Office of the Secretary**

17 September 2024

Secretary of the Air Force
Complaints Resolution Directorate
1140 Air Force Pentagon
Washington DC 20330-1140

SrA Chelsey D. Woodard
Via email to Ms. Lindsey Knapp

SrA Woodard,

The Secretary of the Air Force Inspector General, Complaints Resolution Directorate (SAF/IGQ) has reviewed the case analysis regarding your complaint FRNO 2024-01491. This letter is to notify you of the disposition of your allegations, in accordance with Department of the Air Force Instruction (DAFI) 90-301, *Inspector General (IG) Complaints Resolution*, 4 January 2024.

The specific issues considered by SAF/IGQ as clarified with you and your counsel, Ms. Lindsey Knapp, on 10 April 2024 are as follows:

Issue 1: The Toxic Command Climate, Medical Providers, and SAPR professionals need to be investigated immediately and held accountable for their actions.

*Toxic Command Climate*: An analysis of all individuals identified was conducted and included a complete review of documentation provided and collected, witness interviews, subject matter expert opinions, and agency specific inquiries. It was determined the only command issue not yet addressed was your promotion eligibility code. You indicated you were ineligible for promotion and coded "B – Under investigation or inquiry being conducted by military or civil authorities that may result in action under the UCMJ or prosecution by civil authorities or investigation is complete, but no determination is made as to what action(s) is to be taken", the code identified was determined to be an "eligible for promotion" code. It was determined the promotion eligibility code B, although a promotion eligible code, was not the code intended to be placed on your record. Therefore, based on our guidance in DAFI 90-301, *Inspector General Complaints Resolution* dated 4 January 2024, Table 3.11., Rule 2, this issue was referred to command for action in FRNO 2024-15963.

CONTROLLED UNCLASSIFIED INFORMATION (CUI)

CONTROLLED UNCLASSIFIED INFORMATION (CUI)

*Medical Providers*: These issues were already addressed by the appropriate agencies and are considered closed. You indicated you filed an additional complaint with DHA Inspector General, which is the appropriate agency to address new allegations. Therefore, based on our guidance in DAFI 90-301, *Inspector General Complaints Resolution* dated 4 January 2024, Table 3.13., Rule 2, we are dismissing your complaint without further action.

*SAPR Professionals.* With regards to Melinda Creasman (although not a SAPR Professional) and Lisa Wright, there were no violations of policy identified. Therefore, based on our guidance in DAFI 90-301, *Inspector General Complaints Resolution* dated 4 January 2024, Table 3.13., Rule 1, we are dismissing these issues without further action. Regarding your issue related to a potential integrity violation by Ms. Mersadies Devlin, IAW DAFI 90-301, Table 3.11., Rule 2, the issue was referred to command for action in FRNO 2024-15967.

Issue 2: The Inspector General's Office that handled SrA Woodard's complaints needs to be investigated.

We conducted a thorough review of your current and previous Inspector General cases. The review encompassed 21 of your complaints including your 2 previous IG Misconduct complaints which were dismissed, and your 5 previous cases requesting appeals/reconsiderations of previous IG findings, all of which were dismissed. Our analysis found no evidence of IG misconduct or process errors that would warrant further investigation. However, you did bring forward new IG Misconduct claims regarding case FRNO 2023-12365 which should be processed at the Major Command level. Therefore, based on our guidance in DAFI 90-301, *Inspector General Complaints Resolution* dated 4 January 2024, paragraph 9.3.6, allegations of IG mishandling of IG processes, this issue was transferred to AFSOC/IG in FRNO 2024-16272.

Issue 3: SrA Woodard's Security Clearance needs to be reinstated immediately.

Analysis determined your security clearance was not suspended by Lt Col Williams as alleged. Although Lt Col Williams initiated a Security Information File (SIF) as required by regulations, your clearance was not adversely impacted. It is our assessment that the Adjudications Defense Counterintelligence and Security Agency (DCSA) is the only agency that can make a determination on the suspension/retention of your security clearance. Therefore, based on our guidance in DAFI 90-301, *Inspector General Complaints Resolution* dated 4 January 2024, Table 3.13., Rule 2, because this issue is already being addressed by the appropriate agency we are dismissing your complaint without further action.

Issue 4: SrA Woodard's sexual assault case needs to be re-opened immediately.

It is our assessment that the Office of Special Investigations (OSI) completed an investigation and addressed a subsequent request for reconsideration. A higher-level agency review determined the investigation was conducted within Air Force standards and notified SrA Woodard. These issues were already addressed by the appropriate agencies and are considered closed. Therefore, based on our guidance in DAFI 90-301, *Inspector General Complaints Resolution* dated 4 January 2024, Table 3.13., Rule 1, we are dismissing your complaint without

CONTROLLED UNCLASSIFIED INFORMATION (CUI)

CONTROLLED UNCLASSIFIED INFORMATION (CUI)

further action.

Issue 5: SrA Woodard needs to be promoted immediately.

The matter of promotion eligibility coding will be referred as indicated above. Enlisted Performance Reports can be addressed through AFPC and vMPF web sites for appropriate processing via Evaluation Reports Appeal Board (ERAB) -- per DAFI 36-2406, *Officer and Enlisted Evaluation Systems*. You have provided documentation indicating you are working through the appropriate agency. Therefore, based on our guidance in DAFI 90-301, *Inspector General Complaints Resolution* dated 4 January 2024, Table 3.13., Rule 2, we are dismissing your complaint without further action.

Issue 6: The Letter of Reprimand issued to SrA Woodard on 4 March 2024 needs to be looked at for legal sufficiency.

A review for legal sufficiency was conducted prior to issuing the Letter of Reprimand and upon receipt of your response. Therefore, based on our guidance in DAFI 90-301, *Inspector General Complaints Resolution* dated 4 January 2024, Table 3.13., Rule 2, because this issue was already addressed by the appropriate agency, we are dismissing your complaint without further action.

*The following issues were identified during and after the complaint clarification interview and are included for fidelity*:

Issue 7: The Letter of Reprimand (LOR) issued to SrA Woodard on 21 March 2024 did not afford SrA Woodard due process as the Unfavorable Information File was marked "I intend to file" before SrA Woodard provided a response to the LOR.

It is our assessment the documentation provided was marked with the commander's intent to file the 21 March 2024 LOR in the UIF that was already established for the 4 March 2021 LOR. You were given the opportunity to provide a response, the response was considered, and the commander's final decision was annotated. All appropriate documentation is in your UIF. Therefore, based on our guidance in DAFI 90-301, *Inspector General Complaints Resolution* dated 4 January 2024, Table 3.13., Rule 1, we are dismissing your complaint without further action.

Issue 8: Request for an investigation into misconduct by "leadership" for contacting the Coast Guard Recruiter working to recruit SrA Woodard into the Coast Guard Commissioning Program.

It is our assessment that the issue has not been addressed by command. Therefore, based on our guidance in DAFI 90-301, *Inspector General Complaints Resolution* dated 4 January 2024, Paragraph 2.4.3.6., and Table 3.11., Rule 2, this issue was referred to the 6 ARW/CC for action in FRNO 2024-15968.

You have the right to petition the Air Force Board for Correction of Military Records (AFBCMR) for correction of adverse personnel actions (regardless of the findings of this case).

CONTROLLED UNCLASSIFIED INFORMATION (CUI)

**CONTROLLED UNCLASSIFIED INFORMATION (CUI)**

If you petition the AFBCMR, you should inform them that IG records exist pertaining to the pending request. You can find guidance on petitioning the AFBCMR in AFI 36-2603, *Air Force Board For Correction Of Military Records,* or AFPAM 36-2607, *Applicants' Guide To The Air Force Board For Correction Of Military Records (AFBCMR)*. The address and website follow:

Board for Correction of Air Force Records (SAF/MRBR)
550-C Street West, Suite 40
Randolph AFB, TX 78150-4742
(210) 565-4343
http://www.afpc.af.mil/Board-for-Correction-of-Military-Records/

While we understand these determinations may not be the resolution you were seeking, please do not hesitate to contact the Inspector General again should you ever need assistance with another matter.

If you need anything further, please contact my POC for this matter, Mrs. Eva Roberts-Madrid by phone at 719-552-1387 or email eva.roberts-madrid.3@spaceforce.mil. This concludes our actions with regards to these issues.

BAKER.BLAINE.L.1061441260
Digitally signed by BAKER.BLAINE.L.1061441260
Date: 2024.09.17 14:48:46 -04'00'

BLAINE L. BAKER, Colonel, USAF
Director, Complaints Resolution

**CONTROLLED UNCLASSIFIED INFORMATION (CUI)**

# Enclosure #7

Case 1:25-cv-02329-ABJ    Document 1-4    Filed 07/14/25    Page 20 of 47

 **Gmail**

**Chelsey Deneine <woodardchelsey@gmail.com>**

## DHA OIG complaint, #2024-19262 (CUI)

**Tracy, Deidre G CIV DHA DHA OFC OIG (USA)** <deidre.g.tracy.civ@health.mil>                Mon, Oct 21, 2024 at 4:37 PM
To: "woodardchelsey@gmail.com" <woodardchelsey@gmail.com>
Cc: "Gambino, Richard F CIV DHA DHA OFC OIG (USA)" <richard.f.gambino.civ@health.mil>,
"executivedirector@combatsexualassault.org" <executivedirector@combatsexualassault.org>

CUI

Good afternoon, Airman Woodard.

This e-mail acknowledges receipt by the Defense Health Agency Office of the Inspector General (DHA OIG) of your 21 October 2024 Inspector General reprisal complaint filed with the DHA OIG. Your complaint included allegations of reprisal when you spoke with Mr. Lindley, DHA OIG Hotline. DHA OIG Hotline referred your reprisal allegations to DHA OIG Investigations for review.

DHA OIG assigned 2024-19262 to your reprisal complaint. Please refer to this case number in future correspondence regarding your reprisal complaint. All non-reprisal issues will be assessed by DHA OIG Hotline under complaint # 2024-16981.

I am the Acting Intake Coordinator for DHA OIG Investigations. I am not the assigned Investigator to your complaint.

Please complete the attached DHA OIG Reprisal Complaint, Non-Disclosure Agreement (NDA), and Privacy Act forms and submit them directly to me. I will include these forms with your complaint information when the complaint is assigned to the Investigator. Please return these forms to me no later than Monday, 28 October 2024.

Based on your communications with DHA OIG Hotline, I included your attorney, Ms. Lindsey Knapp, on this email. Please confirm if you would like her to remain on future communications. Also CC'd on this email is the supervisor for DHA OIG Reprisal Investigations, Mr. Richard Gambino.

The assigned Investigator will be reaching out to you shortly regarding your complaint. Please direct all communication and questions to this Investigator.

Please do not discuss or reveal the details of this complaint, or any matters or aspects of DHA OIG's contact with you, with anyone, except an attorney, chaplain, or union representative as needed. Due to the sensitive nature of this request, it is and will remain close-hold. It is important to safeguard the integrity of the investigation and the OIG process, to include protecting the confidentiality of all involved. Therefore, we ask that you do not talk to anyone about your involvement, or other facts relating to this request, without first speaking with DHA OIG.

Thank you,

Deidre Tracy
Investigator
Office of the Inspector General (OIG)
Defense Health Agency (DHA)

7700 Arlington Blvd.

Falls Church, VA 22042

Direct line: 571-438-1982

DSN: 761-9700
DHA OIG Hotline: 703-681-9700
DHA Hotline email: dha.ncr.dir-support.mbx.ig-hotline@health.mil

CONTROLLED BY: DEPARTMENT OF DEFENSE

CONTROLLED BY: DHA OIG

CUI CATEGORY: PRIIG // INVESTIGATIONS

DISTRIBUTION/DISSEMINATION: FEDCON

POC: D. TRACY, DHA OIG

***LAW ENFORCEMENT SENSITIVE/CONTROLLED UNCLASSIFIED INFORMATION***

This e-mail and attachment(s) are the property of the Department of Defense, Defense Health Agency Office of the Inspector General (DHA OIG). Distribution outside DoD and the intended receiving agency without prior authorization of DHA OIG/DoD OIG is not authorized. Protected Health Information (PHI), Personally Identifiable Information (PII), or Law Enforcement Sensitive (LES) information may be included. Law enforcement sensitive information may be withheld from the public, as disclosure could cause foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, 5 USC Section 552.

If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

CUI

---

**3 attachments**

 **Reprisal Complaint Form Jun 23.pdf**
605K

 **NDA_2-NOV-23_Final.pdf**
319K

**Privacy Act Statement_27 DEC 2021_Final.pdf**
151K

# Enclosure #8

*Amended 2 November 2023*

# DEFENSE HEALTH AGENCY
# OFFICE OF INSPECTOR GENERAL

## *NON-DISCLOSURE AGREEMENT*

I, _____, am providing (or have provided) information for an official investigation/inquiry or other official matter/issue being conducted or reviewed by the Defense Health Agency, Office of Inspector General (DHA OIG).

I will not reveal any information provided to me by DHA OIG personnel in his or her official capacity, regardless of format (e.g., oral, written, or via photographs), to anyone outside of DHA OIG.

If I have been asked to obtain information in my official capacity and provide it to DHA OIG personnel, I will not discuss the information with anyone except as authorized by DHA OIG. I understand that this agreement does not restrict me from consulting with legal counsel.

If asked about the investigation/inquiry or reason for your involvement with the matter/issue by persons not directly affiliated with DHA OIG, I will immediately refer them to DHA OIG.

I acknowledge that DHA OIG reports contain sensitive information and are not releasable without approval from the Director, DHA or the DHA IG.

I understand the direct or indirect unauthorized disclosure, unauthorized retention, or negligent handling of any official information received during my contact with DHA OIG is prohibited and could negatively impact an official Inspector General proceeding. Accordingly, any unauthorized and prohibited conduct may result in criminal or administrative action.

These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee's obligations, rights, or liabilities created by existing statute or Executive Order relating to (1) classified information; (2) communications to Congress; (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety; or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive Orders and statutory provisions are incorporated into this agreement and are controlling.

_____          _____
Signature                                          Date

# Enclosure #9



**DEFENSE HEALTH AGENCY**
**DEFENSE HEALTH NETWORK CENTRAL**
3130 GENERAL HUDNELL DR., SUITE 416
SAN ANTONIO, TEXAS  78226-4417

The Honorable Marco Rubio
United States Senator
201 South Orange Avenue, Suite 350
Orlando, FL 32801

Dear Senator Rubio:

Thank you for your inquiry on September 3, 2024, on behalf of Senior Airman (SrA) Chelsey Woodard regarding her Health Insurance Portability and Accountability Act (HIPAA) rights.

SrA Woodard raised concerns about a violation of her HIPAA rights without providing reference to specific conduct. However, we believe her concern relates to the routing of a memorandum SrA Woodard sent to a provider at Joint Base San Antonio Lackland, Texas. The provider in question worked with servicing legal counsel and HIPAA office personnel to route SrA Woodard's memorandum to the HIPAA office at the MacDill Air Force Base (AFB) military medical treatment facility (MTF) for processing. This use and disclosure of SrA Woodard's protected health information (PHI) is permitted by Department of Defense (DoD) regulation for health care operations. Accordingly, our review indicates there were no violations of HIPAA Privacy Rules regarding SrA Woodard's PHI.

A review of SrA Woodard's interactions with MTF staff indicate that SrA Woodard was provided correct information regarding Defense Health Agency (DHA) processes for requesting an amendment of medical records. Additionally, when SrA Woodard voiced a desire to file a complaint, MTF staff provided her with the contact information for her to consult the DHA Privacy and Civil Liberties Office.

Finally, SrA Woodard cited a second HIPAA violation alleging the MTF's refusal to remove a 2022 diagnosis. Pursuant to DoD regulation, a covered entity may deny a request for amending a record if the covered entity determines the original documentation is accurate and complete. The evaluation and diagnosis performed by SrA Woodard's provider in July 2022 was reviewed and found to be accurate. Although SrA Woodard's request was denied, she may request for amendment of her medical record be included in all future disclosures.

Thank you for your interest in the Military Health System and its beneficiaries. The Defense Health Agency is proud to serve our Nation's military heroes and their families and is committed to providing them the best possible health care.

Sincerely,

HARRELL.THOMA Digitally signed by HARRELL.THOMAS.W.118684839
S.W.1186848396  Date: 2024.10.29 08:56:57 -05'00'

THOMAS W. HARRELL
Major General, USAF, MC, CFS
Director

# Enclosure #10

 **Gmail**                                                                                        **Chelsey Deneine <woodardchelsey@gmail.com>**

## RE: DHA OIG complaint, #2024-19262 (CUI)

**Lindsey Knapp** <executivedirector@combatsexualassault.org>                                          Fri, Nov 1, 2024 at 12:56 PM
To: "Tracy, Deidre G CIV DHA DHA OFC OIG (USA)" <deidre.g.tracy.civ@health.mil>, Chelsey Deneine
<woodardchelsey@gmail.com>
Cc: "Gambino, Richard F CIV DHA DHA OFC OIG (USA)" <richard.f.gambino.civ@health.mil>

Deidre

SrA Woodard will not be signing any NDA.

v/r

Lindsey Knapp, Esq.

Executive Director

Combat Sexual Assault

"You Got This"

(919) 907-2230

www.combatsexualassault.org

**Please know that I honor and respect boundaries around personal time, well-being, caretaking, and rest. Should you receive correspondence from me during a time that you're engaging in any of the above, please protect your time and wait to respond until you're next working or in front of your computer. Prioritize joy, not email, when and where you can. Nothing I ask of you is that urgent that it should disrupt your peace.**

**From:** Tracy, Deidre G CIV DHA DHA OFC OIG (USA) <deidre.g.tracy.civ@health.mil>
**Sent:** Thursday, October 31, 2024 4:33 PM
**To:** Chelsey Deneine <woodardchelsey@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

# Enclosure #11

 **Gmail**

**Chelsey Deneine <woodardchelsey@gmail.com>**

## RE: DHA OIG complaint, #2024-19262 (CUI)

**Tracy, Deidre G CIV DHA DHA OFC OIG (USA)** <deidre.g.tracy.civ@health.mil>      Fri, Nov 1, 2024 at 1:38 PM
To: Lindsey Knapp <executivedirector@combatsexualassault.org>, Chelsey Deneine <woodardchelsey@gmail.com>
Cc: "Gambino, Richard F CIV DHA DHA OFC OIG (USA)" <richard.f.gambino.civ@health.mil>

CUI

Good morning, Ms. Knapp.

Thank you for the response. I will note SrA Woodard's refusal to sign the NDA. For a future note: please be aware that SrA Woodard may consult with you at any point, however all responses, verbal or written, must come from SrA Woodard.

Thanks again,

Deidre Tracy
Investigator
Office of the Inspector General (OIG)
Defense Health Agency (DHA)

7700 Arlington Blvd.

Falls Church, VA 22042

Direct line: 571-438-1982

DSN: 761-9700
DHA OIG Hotline: 703-681-9700
DHA Hotline email: dha.ncr.dir-support.mbx.ig-hotline@health.mil

CONTROLLED BY: DEPARTMENT OF DEFENSE

CONTROLLED BY: DHA OIG

CUI CATEGORY: PRIIG // INVESTIGATIONS

DISTRIBUTION/DISSEMINATION: FEDCON

POC: D. TRACY, DHA OIG

***LAW ENFORCEMENT SENSITIVE/CONTROLLED UNCLASSIFIED INFORMATION***

This e-mail and attachment(s) are the property of the Department of Defense, Defense Health Agency Office of the Inspector General (DHA OIG). Distribution outside DoD and the intended receiving agency without prior authorization of DHA OIG/DoD OIG is not authorized. Protected Health Information (PHI), Personally Identifiable Information (PII), or Law Enforcement Sensitive (LES)

information may be included. Law enforcement sensitive information may be withheld from the public, as disclosure could cause foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, 5 USC Section 552.

If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

CUI

[Quoted text hidden]

# Enclosure #12

 **Gmail**

**Chelsey Deneine <woodardchelsey@gmail.com>**

## 2024-19262 - Closure Letter - CUI

**Bowlin, Jessica CIV DHA DHA OFC OIG (USA)** <jessica.bowlin.civ@health.mil>          Fri, Dec 13, 2024 at 1:22 PM
To: Chelsey Deneine <woodardchelsey@gmail.com>
Cc: "executivedirector@combatsexualassault.org" <executivedirector@combatsexualassault.org>

SrA Woodard,

Attached is a closure letter regarding your case.

Thank you for contacting DHA OIG.

Vr,

Jessica Bowlin

Investigator

Defense Health Agency

7700 Arlington Blvd.

Falls Church, VA 22042 (Remote: California)

✉: jessica.bowlin.civ@health.mil

Cell: 703.967.4602

DHA HOTLINE: 703.681.9700

DSN 761-9700

DHA HOTLINE: dha.ncr.dir-support.mbx.ig-hotline@health.mil

CONTROLLED BY: Defense Health Agency

CONTROLLED BY: DHA OIG

CUI CATEGORY:  PRIIG/ PRVCY

DISTRIBUTION/DISSEMINATION: FEDCON

POC: Jessica Bowlin, 703.967.4602

---

📄 **CCL - Woodard - Final.pdf**
199K

# Enclosure #13



**DEFENSE HEALTH AGENCY**
7700 ARLINGTON BOULEVARD, SUITE 5101
FALLS CHURCH, VIRGINIA  22042-5101

Inspector General                                                December 12, 2024

Senior Airman Chelsey Woodard, USAF                DCATSe: 20241106-099622-CASE-01
6237 S. Manhattan Ave., Apt 67
Tampa, FL  33616-1442
woodardchelsey@gmail.com

Dear Airman Woodard:

　　This letter is in response to the complaint you filed with the Defense Health Agency (DHA) Office of the Inspector General (OIG) on October 21, 2024, alleging reprisal under Title 10, United States Code, Section 1034 (10 U.S.C. § 1034), "Protected Communications; Prohibition of Retaliatory Personnel Actions," as implemented by Department of Defense Directive (DoDD) 7050.06, "Military Whistleblower Protection," April 17, 2015 (Incorporating Change 1, October 12, 2021), and Department of Defense Instruction (DoDI) 7050.09, "Uniform Standards for Evaluating and Investigating Military Reprisal or Restriction Complaints," October 12, 2021.

　　We determined that your complaint is a duplicate of personnel actions you previously submitted to the Department of Defense OIG.  Therefore, per DoDI 7050.09, we are ceasing evaluation of your complaint and closed your case.

　　If you have any questions, please contact Mr. Rich Gambino at (571) 651-1806, or email richard.f.gambino.civ@health.mil.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　BENDINELLI.JAS  Digitally signed by
　　　　　　　　　　　　　　　　　ON.S.13886272  BENDINELLI.JASON.S.13886
　　　　　　　　　　　　　　　　　86  27286
　　　　　　　　　　　　　　　　　　　Date: 2024.12.12 08:18:33
　　　　　　　　　　　　　　　　　　　-05'00'
　　　　　　　　　　　　　　　　　JASON BENDINELLI
　　　　　　　　　　　　　　　　　Director, Investigations

Copy to:
DoD OIG/AI/WRI

# Enclosure #14



# DEPARTMENT OF THE AIR FORCE
## CIVIL LAW AND LITIGATION DIRECTORATE
### OFFICE OF THE JUDGE ADVOCATE GENERAL

14 May 2025

AF/JAC Medical Law Branch
Medical, Tort and Personnel Law Division
1500 West Perimeter Road, Suite 1700
Joint Base Andrews, MD 20762

Lindsey Knapp, Esq.
PO Box 4392
Sanford, NC 27331
executivedirector@combatsexualassault.org

Re: Your Client: Chelsey Woodard, Air Force Claim No: 367183

Dear Ms. Knapp

This office received your client's claim on 9 April 2025, alleging medical malpractice. The claim has been assigned to me for investigation and adjudication. Upon initial review of the claim, I note it includes allegations of retaliation and a request for correction of the claimant's military records.

Under the provisions of 10 U.S.C. § 2733a, as implemented by 32 C.F.R. Part 45, we evaluate and adjudicate claims for compensation for personal injury or death caused by the medical malpractice of a Department of Defense (DoD) health care provider. The aforementioned statute allows for monetary compensation for personal injury caused by medical malpractice but does not provide us with the ability to address requests for correction of military records or claims of retaliation or reprisal.

For corrections of military records, your client must submit a request through the Air Force Review Boards Agency at: https://afrba-portal.cce.af.mil/. *See* 10 U.S.C. § 1552 and Department of the Air Force Instruction 36-2603, *Air Force Board for Correction of Military Records (AFBCMR)*. Furthermore, allegations of retaliation or reprisal are handled by the Inspector General in accordance with 10 U.S.C. § 1034 and Department of the Air Force Instruction 90-301, *Inspector General Complaints Resolution*. Any such claim should be filed with the IG at https://www.afinspectorgeneral.af.mil/File-an-IG-Complaint/.

Sincerely

EDDA C. PICÓN-ARZOLA
Medical Law Attorney

# Enclosure #15

(954) 932-1893.  This contact will be considered, along with this email, as a second attempt at contact.

Please let me know when you are available to discuss these matters further.

Mrs. Eva Roberts-Madrid

Complaints Resolution Directorate

Inspector General

SAF/IGQ OL-A (S)

DSN 559-1387 / COMM 719-552-1387

---

**From:** ROBERTS-MADRID, EVA J CIV DAF HAF HQSF/IGQ
**Sent:** Monday, May 12, 2025 12:12 PM
**To:** WOODARD, CHELSEY D SrA USAF AMC 6 LRS/CSS <chelsey.woodard@us.af.mil>;
woodardchelsey@gmail.com
**Subject:** (CUI) Request for Complaint Clarification

SrA Woodard,

We received a request from DoD IG to review additional issues you submitted along with reprisal complaint to DHA IG.  DHA IG determined the remaining issues are not appropriate for resolution in DHA IG channels and requested the Air Force IG review them.

Among theses issues are several that you have already had addressed in Air Force IG channels, but there are a few questions I have regarding new individuals and a retaliatory investigation identified in your complaint to DHA.

Please let me know when you are available to discuss these matters further.

Mrs. Eva Roberts-Madrid

Complaints Resolution Directorate

Inspector General

SAF/IGQ OL-A (S)

DSN 559-1387 / COMM 719-552-1387

 **Gmail**

Chelsey Deneine <woodardchelsey@gmail.com>

## RE: 3rd Request - FW: (CUI) Request for Complaint Clarification

**ROBERTS-MADRID, EVA J CIV DAF HAF HQSF/IGQ** <eva.roberts-madrid.3@spaceforce.mil>          Tue, May 20, 2025 at 11:48 AM
To: "WOODARD, CHELSEY D SrA USAF AMC 6 LRS/CSS" <chelsey.woodard@us.af.mil>, "woodardchelsey@gmail.com" <woodardchelsey@gmail.com>

SrA Woodard,


This is my third and final request for complaint clarification.  Please respond by 22 May 2025.


As required by DAFI 90-301, Para. 2.5.3., "… If complainants do not cooperate, the IG may dismiss the complaint if the IG is unable to conduct a thorough complaint analysis due to lack of information. Complainants will be allowed at least 10 calendar days to provide requested information prior to the IG dismissing their complaint…"


Mrs. Eva Roberts-Madrid

Complaints Resolution Directorate

Inspector General

SAF/IGQ OL-A (S)

DSN 559-1387 / COMM 719-552-1387


**From:** ROBERTS-MADRID, EVA J CIV DAF HAF HQSF/IGQ
**Sent:** Wednesday, May 14, 2025 12:09 PM
**To:** WOODARD, CHELSEY D SrA USAF AMC 6 LRS/CSS <chelsey.woodard@us.af.mil>; woodardchelsey@gmail.com
**Subject:** 2nd Request - FW: (CUI) Request for Complaint Clarification


SrA Woodard,


I am sending this email in an attempt to get clarification on a few issues sent to us from DoD IG regarding a complaint you filed with DHA IG back in October 2024.  These remaining issues were determined to be Air Force matters, and require analysis.


As you know, IAW AFI 90-301, I will make three attempts to contact you regarding clarification of these matters.  In addition to this email, I am reaching out via telephone at the number you provided to DHA IG:

# Enclosure #16

 Gmail

**Chelsey Deneine <woodardchelsey@gmail.com>**

## RE: 3rd Request - FW: (CUI) Request for Complaint Clarification

**Lindsey Knapp** <executivedirector@combatsexualassault.org>
To: chelsey woodard <woodardchelsey@gmail.com>

Wed, May 21, 2025 at 9:49 AM

FYSA. This is my response to her.


v/r


Lindsey


**From:** Lindsey Knapp
**Sent:** Wednesday, May 21, 2025 9:49 AM
**To:** ROBERTS-MADRID, EVA J CIV DAF HAF HQSF/IGQ <eva.roberts-madrid.3@spaceforce.mil>
**Subject:** FW: 3rd Request - FW: (CUI) Request for Complaint Clarification


Ms. Roberts-Madrid

As previously discussed, SrA Woodard is represented by me. If you have any questions that you would like for her to answer, send them to me and stop reaching out directly to someone who you know is represented.

This action was previously closed by your office, and now it has been re-opened after we filed a SF95 Tort Action against the Air Force. Since the matters in our Tort Action Complaint against the Air Force are very likely similar to the ones that you would like to discuss with her, it would be highly inappropriate for her to do so while this litigation is currently pending.

Consequently, do not reach out SrA Woodard for anything else regarding your inquiry and send all applicable correspondence to me.

Regarding your inquiry, submit to me in writing the questions that you have so that I can properly address it while ensuring that 1) my clients rights are protected, and 2) that your inquiry doesn't jeopardize her other filings.

Any further inquiry on your behalf directly to my client with disregard that she is in fact represented by counsel may result in additional filings to the US Air Force for their appropriate action.

v/r

Lindsey Knapp, Esq.

Executive Director

Combat Sexual Assault

"You Got This"

(919) 907-2230

www.combatsexualassault.org

Case 1:25-cv-02329-ABJ     Document 1-4     Filed 07/14/25     Page 42 of 47

**Please know that I honor and respect boundaries around personal time, well-being, caretaking, and rest. Should you receive correspondence from me during a time that you're engaging in any of the above, please protect your time and wait to respond until you're next working or in front of your computer. Prioritize joy, not email, when and where you can. Nothing I ask of you is that urgent that it should disrupt your peace.**

Begin forwarded message:

[Quoted text hidden]

# Enclosure #17



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
OFFICE OF PRIVACY, CIVIL LIBERTIES, AND FREEDOM OF INFORMATION
BUILDING 601 10TH STREET
FORT GEORGE G. MEADE, MD 20755-5615

May 22, 2025
DCSA-M 25-02055

Ms. Chelsey Woodward
6237 S Manhattan Avenue, Apartment #67
Miami, FL 33616

Dear Ms. Woodward:

This is in response to your Freedom of Information/Privacy Act (FOI/PA) request dated October 31, 2024, wherein you requested all records of your personal adjudication and vetting. The Defense Counterintelligence and Security Agency (DCSA) Freedom of Information/Privacy (FOI/P) Office for Adjudications and Vetting received your request on November 21, 2024. We conducted a search for records pertaining to you.

Our search identified the attached records responsive to your request. We reviewed the documents in accordance with the Privacy Act of 1974, as amended, and the Freedom of Information Act (FOIA). Our review included consideration of the FOIA foreseeable harm standard. Under this standard, the content of a particular record should be reviewed, and a determination made as to whether the agency reasonably foresees that disclosing it, would harm an interest protected by one of the FOIA exemptions.

The records contain third party information which we have withheld pursuant to Privacy Act exemption (k)(2) and FOIA exemptions (b)(6) and (b)(7)(C). Privacy Act exemption (k)(2) protects investigatory and vetting material compiled for non-criminal law enforcement purposes that, if released, might interfere with a civil or administrative action, or investigation, and result in the unwarranted invasion of personal privacy of others. FOIA exemptions (b)(6) and (b)(7)(C) protects the disclosure of the information that would constitute a clearly unwarranted invasion of the personal privacy of the individual(s) involved.

Our search also identified one interagency/intra-agency record consisting of 11-pages total, responsive to your request, which we have withheld in its entirety under the provisions of the *Privacy Act of 1974*, Title 5 U.S.C. § 552(a), exemption (d)(5) and the *Freedom of Information Act* (FOIA), Title 5 U.S.C. § 552, exemptions (b)(5), (b)(6), and (b)(7)(C). Privacy Act exemption (d)(5) protects disclosure of information that is compiled in reasonable anticipation of civil action or proceedings, court proceedings or quasi-judicial administrative hearings. FOIA exemption (b)(5) protects inter-and intra-agency documents which are deliberative in nature, and part of the decision-making process. Portions of the record contain privacy-related information about a party other than you. Thus, you are not entitled to third party information under the provisions of the Privacy Act. This information is also withheld per the Freedom of Information Act, Title 5 U.S.C. § 552, exemptions (b)(6) and (b)(7)(C), as disclosure of the information would constitute a clearly unwarranted invasion of the personal privacy of the individual(s) involved.

Records potentially responsive to your request, which fall under the release authority of the U.S. Army Medical Command (MEDCOM), the Department of the Air Force, the Air Force Office of Special Investigations (AFOSI), and the DCSA FOI and Privacy Office for Investigations, were located. We do not have release authority for those records; thus, we are referring your request and responsive records to their Privacy Offices, for action and direct response to you. Since you submitted your request to the DCSA FOI and Privacy Office for Investigations (25-01665 pertains), we will take no additional referral action to their office.

You have the right to appeal this response by submitting a request to the FOIA Appellate Authority via e-mail at dcsa.quantico.hq.mbx.foia@mail.mil, or in writing to the Defense Counterintelligence and Security Agency, ATTN: FOIA Appellate Authority, P.O. Box 618, 1137 Branchton Rd, Boyers, PA 16018. If mailing your appeal, clearly mark the outside of the envelope and your written appeal letter: "*Privacy/FOIA Appeal*". DCSA must receive appeals within ninety (90) calendar days from the date of this letter. Your written appeal letter should include the reasons to release the requested information and why this action may be in error. Include with your appeal letter a copy of your original request and this response letter. Please reference tracking number DCSA-M 25-02055.

You also may seek dispute resolution services from the FOIA Public Liaison via e-mail at dcsa.quantico.hq.mbx.foia@mail.mil, or by calling (878) 274-4411. Alternatively, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation. You may contact OGIS in any of the following ways or refer to their website: https://www.archives.gov/ogis.

| | |
|---|---|
| U.S. National Archives and Records Administration | Phone: 202-741-5770 |
| Office of Government Information Services | Toll-Free: 1-877-684-6448 |
| 8601 Adelphi Road – OGIS | Fax: 202-741-5769 |
| College Park, MD 20740-6001 | Email: ogis@nara.gov |

No other records were located responsive to your request. We hope this information is helpful and appreciate the opportunity to assist you in this matter.

Sincerely,

**F Powell**  Digitally signed by F Powell
Date: 2025.05.22 11:01:07
-04'00'

for/
Joy F. Greene
Supervisory, Government Information Specialist
FOI/P Office for Adjudications and Vetting

Attachments:
As stated

2

PRIVACY ACT INFORMATION
In compliance with the Privacy Act of 1974, this information is Personal Data and must be protected from public disclosure.

# Enclosure #18

Case 1:25-cv-02329-ABJ    Document 1-4    Filed 07/14/25    Page 47 of 47

 **Gmail**

**Chelsey Deneine <woodardchelsey@gmail.com>**

## (CUI) Final Disposition of Complaint FRNO 2024-22693

**ROBERTS-MADRID, EVA J CIV DAF HAF HQSF/IGQ** <eva.roberts-madrid.3@spaceforce.mil>    Thu, May 29, 2025 at 10:47 AM

To: "WOODARD, CHELSEY D SrA USAF AMC 6 LRS/CSS" <chelsey.woodard@us.af.mil>, "woodardchelsey@gmail.com" <woodardchelsey@gmail.com>

Cc: Lindsey Knapp <executivedirector@combatsexualassault.org>

SrA Woodard,

I received an email from Ms. Knapp indicating she still represents you as legal counsel. As such, I have cc'd her on this email as a professional courtesy.

I understand that you may not be able to clarify the new individuals mentioned in your complaint to DHA (FRNO 2024-19262; SSgt Katherine Smith, MSgt Baker and Col Hood) or discuss the "retaliatory investigation" you identified, as it may jeopardize your current filings.

At this time I will close the complaint (FRNO 2024-22693) and include a case note indicating you are unable to complete a clarification interview at this time. If you desire, you may pursue a clarification of these individuals/issues, following your SF95 Tort Action, by filing a new complaint.

Thank you for your consideration in this matter.

Mrs. Eva Roberts-Madrid

Complaints Resolution Directorate

Inspector General

SAF/IGQ OL-A (S)

DSN 559-1387 / COMM 719-552-1387